## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JONJUALEANER BRADBERRY,<br>o/b/o J.E.J. (a minor),<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**COMMISSIONER OF SOCIAL<br>SECURITY,**<br><br>       **Defendant.** | :<br>:<br>:  **Case No. 2:20-cv-4504**<br>:<br>:  **CHIEF JUDGE ALGENON L. MARBLEY**<br>:<br>:  **Magistrate Judge Jolson**<br>:<br>:<br>:<br>:<br>: |

## OPINION & ORDER

This matter comes before the Court on Magistrate Judge Jolson's Report and Recommendation. (EFC No. 8). Magistrate Jolson recommends that the Commissioner's unopposed Motion to Dismiss, which she has converted to a Motion for Summary Judgment, be granted. The Report and Recommendation was filed on December 15, 2020 and advised the parties that they had fourteen days thereafter to raise any Objections. The Report and Recommendation also notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation de novo.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation as this Court's findings of facts and law. The Court hereby **GRANTS** the Commissioner's unopposed Motion for Summary Judgment. (ECF No. 6). Accordingly, this case is **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED.**

 

_____

**ALGENON L. MARBLEY**

**DATED:  March 17, 2021**       **CHIEF UNITED STATES DISTRICT JUDGE**